IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-655-F

| | |
|---|---|
| SONDRA DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ACCELERATED FINANCIAL SO., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") [DE-3] of United States Magistrate Judge Robert B. Jones, Jr., recommending that this action be transferred to the United States District Court for the Middle District of North Carolina. Plaintiffs has failed to file any objection to the M&R.

After an independent and thorough review of the Magistrate Judge's M&R [DE-3] and a review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the M&R [DE-3] as its own, and in the interests of justice, ORDERS that this action be transferred to the United States District Court of the Middle District of North Carolina, where venue is proper. This court has not conducted a frivolity review and has not reviewed Plaintiff's application to proceed *in forma pauperis*. The United States District Court for the Middle District of North Carolina is better positioned to address those issues.

SO ORDERED. This _14_ day of November, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge